IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TERESA BEDFORD**                                                                                      **PLAINTIFF**

v.                                              No. 3:14-cv-131-DPM

**LINDSEY FAIRLEY, Prosecuting Attorney,
Crittenden County and RICHARD WEST,
Public Defender**                                                                                    **DEFENDANTS**

### ORDER

On 9 June 2014, the Court ordered Bedford to file a proposed amended complaint and a new application to proceed *in forma pauperis*. № 3. Bedford has not complied, and the deadline to do so has passed. Her complaint is therefore dismissed without prejudice. Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 July 2014