IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TERESA BEDFORD**                                                         **PLAINTIFF**

v.                     No. 3:14-cv-131-DPM

**LINDSEY FAIRLEY, Prosecuting Attorney,
Crittenden County and RICHARD WEST,
Public Defender**                                   **DEFENDANTS**

## JUDGMENT

Bedford's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

1 July 2014